# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| VOGUE TYRE & RUBBER COMPANY,<br>Plaintiff, | §<br>§<br>§ |
| v. | §    Civil Action No. 3:17-CV-3198-S |
| | § |
| SALVADOR ARTURO RIVAS,<br>d/b/a BOSS HOGG CUSTOMS,<br>Defendant. | §<br>§<br>§<br>§ |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Plaintiff's Motion for Default Judgment and Permanent Injunction, filed April 24, 2018 [ECF No. 17], is hereby **GRANTED**. By separate judgment, Plaintiff will be awarded the relief it seeks in its motion.

**SO ORDERED.**

Signed August 10, 2018.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE